ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| The Aulson Company, Inc. | ) ASBCA No. 63246 |
| | ) |
| Under Contract No. FA2835-19-D-0010, | ) |
| D.O. FA2835-21-F-0140 | ) |

APPEARANCE FOR THE APPELLANT:          Shaunna R. Jammal, Esq.
                                        Counsel

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
                                        Deputy Chief Trial Attorney
                                      Maj Ashley Ruhe, USAF
                                      Maj Brian Shust, USAF
                                        Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  October 27, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63246, Appeal of The Aulson Company, Inc., rendered in conformance with the Board's Charter.

Dated:  October 28, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals